DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR & MANN
111 W Chalan Santo Papa Ste 503
Hagatna, Guam 96910
Telephone No.: (671) 477-2778
Facsimile No.: (671) 477-4366

Attorneys for Plaintiff:
*DARIUS A. RICHARDSON, M.D.*

FILED
SUPERIOR COURT
OF GUAM

2018 APR 20 PM 3: 34

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| DARIUS ABDUL RICHARDSON, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> JEAN LORRAINE RICHARDSON, et al., <br><br> Defendants. | DOMESTIC CASE NO. DM361-01 <br><br> **AMENDED ORDER TO SHOW CAUSE WHY JEAN RICHARDSON SHOULD NOT BE HELD IN CONTEMPT OF COURT** |

It appearing to the Court that Jean Richardson has violated the Parenting Plan Order filed on July 1, 2015, as alleged in the Motion filed by Plaintiff herein on July 29, 2016, accordingly,

IT IS ORDERED that Jean Richardson appear on **June 1, 2018, at 8:30 a.m.** to show cause why an Order should not be made adjudging Jean Richardson to be in contempt of this Court for willfully not allowing Darius A. Richardson, M.D., "to have complete access to their [children] school records and activities" and why she should not be committed to confinement or other penalty for such violation.

A copy of this Order shall be served on Jean Richardson on or before five (5) days before the date that such person is ordered to appear above.

SO ORDERED:_*April 20, 2018*_.

SERVICE VIA COURT BOX
I ........... that a copy of the
original here to was placed in the
court box.
_BERMAN_

_____
**HONORABLE KATHERINE A. MARAMAN**
Justice, Superior Court of Guam

4/20/18 3:35

\\SHARESERVER\share\wpdocs2\Dan\Darius Richardson\PLDS 2018\2018 04 Apr\Amended OSC.doc